# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| RYAN KAISER, on behalf of himself and others similarly-situated, § § § § § *Plaintiff*, § § v. § § REVIVAL HOME HEALTHCARE § SERVICES, INC. and SYLVESTER C. § UDEZE, § § *Defendants*. | CIVIL ACTION NO. 4:18-cv-00341-ALM |

## MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE

The Court's amended scheduling order (Doc. 26) requires dispositive motions, including motions for summary judgment, to be filed by October 22, 2019.

Plaintiffs are unable to file their motion for summary judgment by that deadline because the defendants have failed and refused to produce evidence responsive to plaintiffs' requests for production, including evidence regarding plaintiffs' hours worked and wages paid, which is critical to calculating plaintiffs' damages. Plaintiffs filed a motion to compel production of these documents on October 4, 2019 (Doc. 30). Until that motion is resolved and the documents are produced to the plaintiffs, plaintiffs lack the evidence necessary to support their motion for summary judgment.

Accordingly, plaintiffs request an extension of the dispositive motions deadline to December 16, 2019.

Respectfully Submitted:

By: */s/ Corinna Chandler*
Corinna Chandler
Texas Bar No. 24061272
Chandler Law, P.C.
3419 Westminster #343G
Dallas, Texas 75205
972-342-8793
972-692-5220 (fax)
chandler@chandlerlawpc.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I hereby certify that movant's counsel has complied with the meet and confer requirement in LOCAL RULE CV-7(h) and this motion is unopposed.

*/s/ Corinna Chandler*
Corinna Chandler

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon counsel for Defendants via the electronic filing system of this Court on this 22nd day of October 2019.

*/s/ Corinna Chandler*
Corinna Chandler