IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED

FEB 21 2020

Clerk, U.S. District Court
Eastern District of Texas

| | |
|---|---|
| RYAN KAISER, on behalf of himself and others similarly-situated, § § § § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:18-cv-00341-ALM |
| v. § | |
| § | |
| REVIVAL HOME HEALTHCARE SERVICES, INC. and SYLVESTER C. UDEZE, § § § | |
| § § | |
| Defendants. § | |

Motion to withdraw our attorney.
Revival Home Health Care Services inc and Sylvester Udeze.
We would like to request a motion to withdraw our attorney from representing us due to lack of progress in our case. We wish to pursue a different direction in the matter at hand and would like to request motion for mediation. Our attorney has not represented our interest well and has delayed our ability to reach

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RYAN KAISER, on behalf of himself and others similarly-situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-00341-ALM |
| REVIVAL HOME HEALTHCARE SERVICES, INC. and SYLVESTER C. UDEZE, | § § § § § | |
| Defendants. | § § § | |

agreement with the opposing party. At this time we would like to ask the court to allow us to seek a different attorney and remove the current attorney from the case.

Yours Faithfully

*[signature]* Sylvester C Udeze
*[signature]* Christiana Udeze

8717 Smokey Canyon Way Plano Tx 75024

Attached is the email from Michael Cramer.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by first class mail [or, delivered in person, or certified mail] to each attorney/party of record on this date: 2/21/2020.

_____
Signature of Party

Print Name/Address/Phone Number:

Sylvester C. Udeze
8717 Smokey Canyon Way
Plano TX 75024

Please list all parties/addresses to be served:

1. Michael Raymond Cramer
Law Office of Michael R Cramer
P. O. Box 850173
Mesquite TX 75185

2. Corinna P Chandler
Chandler Law PC Dallas
3419 Westminster Ave. #343 G
Dallas TX 75205