IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
FEB 21 2020
Clerk, U.S. District Court
Eastern District of Texas

| | | |
|---|---|---|
| RYAN KAISER, on behalf of himself and others similarly-situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-00341-ALM |
| REVIVAL HOME HEALTHCARE SERVICES, INC. and SYLVESTER C. UDEZE, | § § § § § | |
| Defendants. | § § | |

Motion for Mediation

Revival Homehealthcare Services Inc. and Sylvester Udeze

We would like to request a motion for mediation. Our attorney has not represented our interest well and has delayed our ability to reach a Agreement with the Opposing party.

Yours faithfully

Sylvester C Udeze
Christiana Udeze

8717 Smokey Canyon Way Plano TX 75024

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by first class mail [or, delivered in person, or certified mail] to each attorney/party of record on this date: 2/21/2020.

_____
Signature of Party

*Print Name/Address/Phone Number:*

Sylvester C. Udeze
8717 Smokey Canyon Way
Plano TX 75024

*Please list all parties/addresses to be served:*

1. Michael Raymond Cramer
Law Office of Michael R. Cramer
P. O. Box 850173
Mesquite TX 75185

2. Corinna P Chandler
Chandler Law PC Dallas
3419 Westminster Ave. #343 G
Dallas TX 75205