# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **RYAN KAISER, on behalf of himself and others similarly situated** § § § | |
| **v.** § § | Case No. 4:18-cv-341-ALM-CMC |
| **REVIVAL HOME HEALTHCARE SERVICES, INC. and SYLVESTER C. UDEZE** § § § | |

**ATTORNEY FOR PLAINTIFF: CORINNA CHANDLER**
**ATTORNEY FOR DEFENDANTS: MICHAEL CRAMER**
**DEFENDANT: SYLVESTER UDEZE AND HIS WIFE**

05/13/20

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 10:07 | Matter called for Hearing on Motion to Withdraw as Attorney (Doc. No. 39). |
| 10:07 | Opening statement by Michael Cramer. |
| 10:14 | Statement by Corinna Chandler |
| 10:18 | Response by Mrs. Udeze regarding document production. |
| 10:19 | Court addresses Mrs. Udeze regarding replacement counsel. |
| 10:21 | Mrs. Udeze responds to Court. |
| 10:21 | Corinna Chandler addresses the Court regarding mediator. |
| 10:22 | Court addresses Mrs. Udeze regarding counsel and she responds. |
| 10:23 | Court addresses Corinna Chandler. Court asked Mrs. Chandler what a reasonable timeframe would be to allow Defendants to retain substitute counsel. Mrs. Chandler stated 30-days. |
| 10:24 | Mrs. Udeze responds to proposed deadline. |
| 10:25 | Court responds and takes request under advisement. Court advised it will issue Order within three days. |
| 10:26 | Court discusses Second Stage Motion for Final Certification, to which Defendants have not yet responded. |
| 10:28 | Corinna Chandler advises of documents still needed and the outstanding sanctions issue. |
| 10:28 | Court addresses Michael Cramer regarding document production and sanctions and he responds. |
| 10:31 | Court addresses Mr. and Mrs. Udeze regarding document production and sanctions. Mrs. Udeze responds. |
| 10:32 | The Court again advises an order will be entered within three days. |
| 10:32 | Adjourn. |