# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **RYAN KAISER,** on behalf of himself and others similarly situated §§§ | |
| § | **Civil Action No.** |
| **v.** § | |
| § | **4:18-cv-00341** |
| **REVIVAL HOME HEALTHCARE SERVICES, INC.** and **SYLVESTER C. UDEZE** §§§§ | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Revival Home Healthcare Services, Inc. and Sylvester C. Udeze.

Date:   May 26, 2020

Respectfully Submitted,

/s/*Ewomazino Magbegor*
EWOMAZINO MAGBEGOR
Texas Bar No. 24103871
Magbegor & Associates PLLC
15950 Dallas Pkwy., Ste. 400
Dallas, TX 75248
Phone: (469) 609-7850
Fax: (469) 899-2288
Email: zino@magbegor.com
ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I certify that on May 26, 2020, I electronically filed this pleading with the Clerk of the Court for the U.S. District Court for the Eastern District of Texas, using the ECF system of the Court, and an electronic copy will be sent to Plaintiff's attorneys of record on the date file stamped above.

      /s/*Ewomazino Magbegor*
      EWOMAZINO MAGBEGOR