**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **RYAN KAISER,** on behalf of himself and others similarly situated <br><br> v. <br><br> **REVIVAL HOME HEALTHCARE SERVICES, INC.** and **SYLVESTER C. UDEZE** | § § § § § § § § § **Civil Action No.** <br><br> **4:18-cv-00341-ALM-CMC** |

## DEFENDANTS' NOTICE OF NEW COUNSEL

Defendants submit this Notice of New Counsel Substitution in the above-captioned case. Defendants substitute Ewomazino Magbegor, State Bar No. 24103871 as counsel of record in place of Michael Cramer. Pursuant to this Court's Order, Docket Entry #53, Defendants file this Notice to inform the Court that they have retained new Counsel to substitute former counsel.

The correct address and telephone number for new counsel of record, Ewomazino Magbegor is Magbegor & Associates PLLC, 15950 Dallas Pkwy., Ste. 400, Dallas, TX 75248, Phone (469) 609-7850.

DATED: June 14, 2020

Respectfully Submitted,

/s/*Ewomazino Magbegor*
EWOMAZINO MAGBEGOR
Texas Bar No. 24103871
Magbegor & Associates PLLC
15950 Dallas Pkwy., Ste. 400
Dallas, TX 75248
Phone: (469) 609-7850
Fax: (469) 899-2288
Email: zino@magbegor.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on June 14, 2020, I electronically filed this pleading with the Clerk of the Court for the U.S. District Court for the Eastern District of Texas, using the ECF system of the Court, and an electronic copy will be sent to Plaintiff's attorney of record on the date file stamped above.

/s/*Ewomazino Magbegor*
EWOMAZINO MAGBEGOR