# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RYAN KAISER, on behalf of himself and others similarly situated §§§§<br>Plaintiffs<br><br>V.<br><br>REVIVAL HOME HEALTHCARE SERVICES, INC. and SYLVESTER C. UDEZE<br>Defendants | Civil Action No. 4:18cv341<br>Judge Mazzant/Magistrate Judge Craven |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. # 64). Pursuant to FED. R. CIV. P. 41(a), Plaintiff Ryan Kaiser, on behalf of himself and Opt-in Plaintiffs Martha Carreon, Tanya Gordon, Ana Martinez-Mares, Ana Perez, Kenda Peterson, Stephanie Rodriguez, Linda Trigg, and Kristie Smith ("Plaintiffs") and Defendants Revival Home Healthcare Services, Inc. and Sylvester C. Udeze ("Defendants") stipulate and request that all claims and causes of action alleged in this action be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees. Accordingly, it is

**ORDERED** the Joint Stipulation of Dismissal With Prejudice (Dkt. # 64) is accepted by the Court. The Court further **ORDERS** this case is **DISMISSED with prejudice**. Each party shall bear its own costs and fees.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 6th day of January, 2021.**

_/s/ Amos Mazzant_
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE